The People of the State of New York, Respondent, 
against
Cesar Martinez, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Mary V. Rosado, J.), rendered October 30, 2015, convicting him, upon a plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Mary V. Rosado, J.), rendered October 30, 2015, affirmed.
The misdemeanor information was not jurisdictionally defective. Allegations that defendant removed two bottles of cologne from a display shelf inside a specified Marshalls store, "place[d] the items inside a bag that was on [his] person," and then "walk[ed] past the registers and out of said location without paying for" the items, were nonconclusory and legally sufficient to charge defendant with petit larceny (see Penal Law § 155.25; People v Livingston, 150 AD3d 448 [2017], lv denied 29 NY3d 1093 [2017]; People v Chkhartishvil, 46 Misc 3d 148[A], 2015 NY Slip Op 50240[U] [App Term, 1st Dept 2015], lv denied 25 NY3d 1070 [2015]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concurI concur
Decision Date: March 10, 2020